To: Judge Loretta A. McMahon JUDGE PRESKA ≈ 24 pages Chihchieh 12/22/16
KATHY CHIH-CHIEH KAO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

16 CV 8285

KATHY CHIH-CHIEH KAO

also To:
Mr. Donald Trump  24ppgs
Mr. Preet Bharara
4 Ms. Li-Wen Hsu, Taiwan Ambassador

_(In the space above enter the full name(s) of the plaintiff(s).)_

Tile Report for
Judge preska's Amend.

-against-

COMPLAINT

DARRYL HALL ₵ cop# 8301, cleaners: Tammy, Andrew etc. in Villegie.e CAFE Fen
waitress Maryzoe, Abigail, Yuri etc.
Chihchieh 12/22/16  U-Haul Flushing college point Blvd Suzan Jeff. etc with 109 precinct cops etc.
Doctor Naomi Gwynn, Joy Hung & Judge Hagler etc. in Manhattan psychiatric center
NYC Govt. Human Resource Commissioner Stephen Bantos & related.
Joseph Divone, Jones Rebeca etc.
The NYS Supreme Court Chief Judge MARK, Lawrence
cops MCAR 6/9 Traward my neighbor8/18 precint etc
Bellevue Hospital 18 South Gui-LAU CHOW & B Huisa etc

Jury Trial:  ☒ Yes  ☐ No
_(check one)_

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

RECEIVED
OCT 24 2016
U.S.D.C. S.D. N.Y.
CASHIERS

SDNY RECEIVED 2016 DEC 22 PRO SE OFFICE

**Parties in this complaint:**

List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/22/16

Plaintiff

Name  KATHY CHIH-CHIEH KAO
Street Address  P.O. Box 0683
County, City  NY NY
State & Zip Code  10101-0683
Telephone Number  347-781-6886

List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name  DARRYL HALL & cops #8301, & Maryzoe, Abigail, yuri etc Cleaners Tammy, Andrew
Street Address  510 W 46st. NY NY 10036

Rev. 05/2010

County, City _____ NY _____ NY

State & Zip Code _____ NY _10036_

Telephone Number _____ (212) 973 — 4600

Defendant   No. 2    Name _Dr. Naomi Gwynn, Judge Hagler_ & Joy Hung 7 Ave & 31/25  NYState Buildg

Street Address _600 E 12 65t_, Manhattan Psychiatric Center

County, City _____ NY NY

State & Zip Code _____ NY 10035

Telephone Number _646 672 6767_

Defendant   No. 3   Name _Dr. Divone, Joseph Rebecca Jones etc_   3. U-Haul Flusty Jeff—Supan   4. NYC Govr. Human Resource Commissioner Steven Banks
4
5.    Street Address _5. MARK LAWRENCE_   3. Flushy college point BLVD U-Haul &   4. 145t & Stave   5. 60 Centre Street NYC   4 NY

County, City _____

State & Zip Code _____ NY

Telephone Number _____

Defendant   No. 4 7   Name _7. Gwo-Lan CHOW , BHutia MD_   6. MAKAR Corp.

Street Address _6. 18 Precinct_

County, City _____ 6. 5-45t (8— 9 Ave)   7. 1Ave @ E 30's st.   18 South

State & Zip Code _____ NYC

Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal Questions          ☒ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Yes_

_____

_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _USA._

Defendant(s) state(s) of citizenship _USA._

_____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

*DARYL HALL, cops 830½, Tammy Arndran etc*

**A.** Where did the events giving rise to your claim(s) occur? Nov 6 2015 ∧ robbed all My personal belongs & property & Forced me to Bellevue Hospital Mental Jail. & in ~~did~~ April 2016 robbed all My 38 yrs precious belongs of ID & documents etc.

**B.** What date and approximate time did the events giving rise to your claim(s) occur? *in village care* From Sep end 2012 to 11/6 2015, illegally arrest me 6 times, fraud I hit person which I have Witness, I didn't & Fraud everything.

*Judge Hagler Fraud I recently from Taiwan Mental ill person, I am real 38 yrs etc*

**C.** Facts: I'm real Anti-former Mayor Bloomberg's corruption by all Newspaper covered since 2009 even before. The landlord, Emma Derto is his corruption developer, persecuted me so Horrible by Daryl Hall etc. *The NYC Gov. Steven Banks, Joseph Dinis, Rebeca Jons etc Fraud all over in NYS Supreme Court with My* ~~boss The chief Judge~~ illegally Hold all My Lawsuit & papers documents, help each other. The landlord in Village cares Maintenance DaryHall Ask Waitress Abigail Maryjoe fraud to arrest me, so do Fred, Juliana residents Fraud, when Judge Martin Shurinfeld save me, they Medicate Fred & Juliana to die in Hospital (even told me in different name of the Hospital), Now to Manhattan psychiatric Center by 8 Month, MD Naomi Gwynn, & Judge Hagler etc Fraud all over Medicate me *monthly* inject me, even play a Guardian on me, Now still inject the Maximum 234mg perlidichone on me & DIVAL ~~ine~~ EX ZR 500mg TAB on me everyday, etc. — Arrest me lived with ~~she~~ all others Mental ills dirty smelled person For Living. *cops MACAR 619 Frame My records 18 precint refuse My report about Daryl Hall Robbery etc* Bloomberg & his cops Raymond Kelly's involved since 2009 again, & paid Daryl Hall *to Bpts, & Bangcan,* Abigail gun town check & business Trip to Maryjoe, Abigail etc Gloria & Kaydeen see Nora in Oct 2015, when Nora fell down by herself again Now still sent to Hospital often fell down by herself. I prove in front of Nora *with gloria & Kaydeen,* Nora admit fell down by herself & send by ambulance car **IV.** **Injuries:** to Hospital when borrow shower water & My faucet Water be polluted. Everybody shocked, Fred & Juliana's suddenly die, & Daryl Hall scared If you sustained injuries related to the events alleged above, describe them and state what medical *before* treatment, if any, you required and received.

I be suffer by damaged My bruised by the Federal restricted Mental ill, especially seizure medicine on me such Totally 9 times Arrest, or Bloomberg bribe & threaten all over when they want to help me, It's really a evil nightmare. The NY State Supreme Court chief Judge Hold My all Lawsuit paper though the Room 315 by Shipira & Stamp a false one on My Oct 28 2015 paper to Room 119 Supervisor. So do the federal District Southern Court ruin My case since 2011 & when they illegal Arrest me *Nov 6 2015* this time, I gave My Taiwan Embassy write to NYS-Attorney General, The Appeal Court close My case illegally.

V.     **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are
seeking, and the basis for such compensation. For My basic HUMAN Right

I do serious asked Judge priscilla Not help such devils again
since 2009, and honestly faces My serious Lowlone to such powerful
Bloombergs & luan's administration involved so big groups
     I will send all copies to the Anti-corruption heros, the US
Attorney prect Bhasara & all detorbs the NYS Attorney General office,
management corp Stephony Rosenbergs shows, & Taiwan Embassy.
I want the Court to do, ① get back My 38 years previous belongs & property,
the Manhattan psychiatric Center brings a little cloths To me on desk
② Return all previous clothes, coats, 3 big case in U-Havel Flushing Office
office with 109 precint Cops in 2009-2012, I report to NYSAG's in April 27
     Stephony Rosenbergs, My house all found & pured.
③ Stop this illegal 10 months persecution Now still send me to a
Mental ill phisicity & Mencate Impest me. Return My Freedom, all
the Doctor I know Can prove, I've never have a Mental Ill For 70 years old.

I declare under penalty of perjury that the foregoing is true and correct. ④ Compesation Maximum
For all this long years li
Signed this 2̶4̶ day of A̶u̶g̶ Oct, 2016
                                    C.Y.

Signature of Plaintiff        Christophers

Mailing Address               P.O. Box 0683
                              NY NY 10101-0683

Telephone Number              347-781-6886

Fax Number *(if you have one)* _____

**Note:**  All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners
must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.

Signature of Plaintiff:  _____

Inmate Number           _____

*Rev. 05/2010*

Request the Court; CHIH-CHI EH KAO Sep. 15 2016

(c Stop all this persecution to me, they fraud all that I have a mental
$ compensation of Rob almost all My belongs in 38 years!

ill when I read all this news Headline & Anti - Corruption of & Bloomberg's etc
former Mayor

Since Nov. 6 2015, Lops #8301 with Daryl Hall maintenance; Cleaner Tammy,

Andrew with Bellview Hospital 18 south MD BHutia's fraud first name,
Bellevue

ambulance arrest me to 18 South, Mental ill, Hospital 2 Months,
Cuomo's

since 1/5 2016 to New York State, Manhattan Psychiatric Center's 8 Floor

mental ill Hospital, Now still in Transitional Living Residence since May 31

and wait 4 more Months to another Mental illness physility's living Residence.

They fraud, I push Nora, I never, Nora always fell down by herself
& send
by her 80+ years ages, to hospital, all Hospital Records & my witness show.

They fraud, I use Shoping car hit people in Elevator, I never, &

I even don't have shoping Car, & My 38 years belongs all robbed by Daryl Hall etc
in Apr 27 2016!!! Terry Luis Social Worker
They Medicate me everyday Divalpro Ex & R 500 mg Tab & & Lawyer
Donal Groraham
Every Month injection me 233 mg palidridone since Nov 6, Now Still in my witness
They also ruin my Social Scurity records!
The Medicine damaged My legs Moving, & bother My Sleep & difficult control

to go toilet in the Night Sleep. & wrong My Stomach normal function, etc

This is a seizure Medicine to My Normal Mental!

& I still be damaged all My future of My Senior Citizen life by all of this!!

It's Very Horrible by Bloomberg & Raymond Kelly's group, Now plus Cuomo's !!!

Daryl Hall Killed, 2 persons Juliana & Fred Residents in Villagecare, new
& Meurscote in Hospital, 15 like etc.                              Aug 2014!
We all know, with Cuomo's Investigation 5/21& 5/24 2015 from albany!

The records has been erased after 90 days email in Albany, I see in the paper!

all your Investigation is quite necessary & Jury in Lawsuit also !!!

The Bloombergs' corruption in China's Stock Market etc, all report to New York State

attorney general, Mayor Lops, My Taiwan Embassy also write to them in March 2016. etc!!

Respect the Court from CHIH-CHIEH KAO

The Court Must do investigate, & The Court can't ignore all this many years persecution since 2009, When the Bloombergs' Chase Manhattan Bank president Jimmy Diamon robbed My closing Money, ½ commission, etc, I only can rent rooming house to live & one CitiBank less liability, amount Can not return. And All 109 precinct with this Bloombergs & Raymond Kelleys' cops group chase me out one by one After Sep 15 2009 closing the Stanton Condominium $7M Sale, & Make legs Arthritis & with U-Haul college print Blvd Thug robbed My luxury clothes! Now Inject me palidridone Seizured Mental Medicine 233mg 11 Monthly, Make My 2 legs works Very hard with walkers & right hip Jones Disable, Now all winter Very thick coat be robbed as well as Most of all, winter-protect Coats & Clothes & pants also be robbed, I don't know, How My winter Can wear to protect from the cold weather, Not Only Very difficult wear Cloths, & I Can't wear Shoes & Socks everyday. When My doctor told me, the Medicine damage mental This spine-nerve with everyday's Sexitine Medicine Divalpro too mg!!! as well

The Court need To order Stop immediately Such absurd persecution!

When ⅛ 2015, The Bellevue Hospital MD Bhutia 18 South can order an Ambulance & cops #8301 etc can arrest me to 18 South Mental ill Hospital when I borrow shower, the faucet water be polluted since Jan 2015, And Cleaning guy Andrew ask Nora yells me, Nora is 85+ years Residence, she borrow me shower, She hate This landlord, She always fell down & send to hospital, Now they fraud I push her, all the records write to NYS-Attorney Genal by my Embassy, Bloomberg ask NYS-AG Can not talk to me, but we talk since 2007 etc. NYS-AG, Manage Corp, Ms Stepheny Rosenberg knows me over 10 years, & She talk to me all the details about that I read World Jounal — Taiwanese Newspaper about all Bloombergs (He told Dr. Chao, He is the First one Go Chinese Embassy from American Government) Deal with China, from Stock Market crash Huge advantage in July 2015 to help Mainland China to Issue their currency to the World's, etc. CHINESE can print currency as much as they want, How bad influence to the Money Fund in entire financial world from My high professional, I view & I do know, etc——

The Court Must ask one Million Compensation for me from My landlord & his worst wicked Maintainence Dairy Hall etc, with Bloombergs' corruption groups, We need Court have basic professional Morality & ability!!

From: Mr. Wei
CHIH-CHIEH KAO

It Can not delay or ignored all this true Fact & absolutely!

① Nov. 6 6:15 9AM Darryl Hall Call the Cops #8301 with Cleaningman Tammy, Andrew arrest me to Ambulance → 185 South Bellevue Hospital MD BHutia's Friend First name order, and Nora yelling me for no reason, After I Call her to borrow shower when Faulet Water be polluted since 1/30 2015 & Nora always fell down by herself, I have never push her, Gloria & Kaydean is Witness & I even Never hit people in Elevator by shoping Car which I never have it. & all documentary

② April 27, '16 Apts be robbed all 38 Years' belongs & personal property A Files etc only ask Social Worker Jeny Luis, Bella Di brought some clothes, after Floshy U-Haul & City Closet 2 Storages Stolen all most all Luxsions Electronic & robbed Very expensive Coat & Clothes, by U Haul - College point Manager Jeff & 109 precinct Cops etc. Jeny Luis brought to Manhattan Psychiatric Center Without 4/27 8pm official Registered only call My Lawyer Mr. Graham, Donald.

③ Since 2009 9/15 Chase me out all rent roominghouse, Make my right Hip Joint Arthritis Disable to Now still, Very difficult to wear Socks, Shoes & Pants etc until Sep 2012, than arrest me 9 times for Bloombergs' Raymond Kellys' Cops illegal Fraud lie all over arrest me to Bellevue Hospital, NY Hospital, St Frais Hospital, Jamaica Hospital, St Luke Hospital, all the Mhstal illness clinic, Medicate & injection to damage My brian, Now 11 Months since 11/6, Medicate & injection me, restrict My freedom to Catch up & living with all Mental illness person, damaged My life etc by Cuomo's NYS Manhatten psychiatric Center & Bloombergs' Court Fraud Judges, Doctors, & all Fraud even certified false documents etc.

④ FBI Mails 9/11 2015 From Church St, post office be stolen by Bloombergs' Cops Chin in Church St. Fed Express Car etc.

* Jury is Very Important & Necessary For My Lawsuic. & all the phone be stolen & damage since 2007, Bloombergs' corruption with My all exclusive read & prove by Chinese World Journal & report NYS-Attorney General, like lay off 90 Employee in China & Make Chinese Government get International Money Fund Withdrawal right, & deal 5000 100 millions currency to International

④ all the phone be listening & damaged, Now Still from Verizon' #212977118
#347-654-1527
•. & 9177627851, Ultra Moble prescribed by Steven Chalin Fludy NYCorp
Fludy NY Store #11354
at Co-02A Main St. they Stolen My electric code, Now T-Moble #347-
781-6886, They damaged My Taiwan Embassy's Call also etc

⑤ They put me in Electric Van faced My bed, in room bed, Make my
arthritis More worse and damaged my 2 legs working condition, Very
poorly & Roomate so dirty, Stool Exploded & Smelled so strongly with a
noisy Van & Windy to my sleep bed, 4Months how, & Not Drive me to clinic,
so long distance's
Make I walk so hard from Residence to bus stop & delay my Access-A-ride
35 Minutes more
Aplication 11 Months to Now, one doctor outside help me apply!
is they
The persecut damaged My legs!

⑥ Stalking me all over these years since 2009 even before, cut & damaged all My
Connection by Raymond Kelly's polices, they Stop all the doctor & Friends who can
help me, like Dr. Tsai-Chung Chao, they bribe the employee argued with me,
then tell Dr Chao, Bloomberg is the First Government go to Chinese Communist,
Embassy
Dr. Chao States that My Mental is normal & good, Bloomberg's told him, He
can't talk to
me, My renewal Licenced 2 teachers, they send cops ruin me & my records 3 times in
6 years; And play My Jury Duty Records in NYS Court, Robbed My Licensed by Daryl Halleck!
chief Judge
⑦ NYState Court help them, collect my Lawsue paper for Nothing since Sep 2015, even
And Federal District South since 2009 delay & Not Honest in My Lawsue all by the before
Chief Judge So do the Fed. Appeal Court was closed for Nothing
If we still have law, have Government, I really ask this times Lawsue,
will be righteous, since I have my basic Human Right & US Citizen -ship many years!
⑧ Bloomberg & Raymond Kelly play with My call to US Attorney Office doorman Stolen &
Delay My letters tell Crime Unit & Stop my contact to NYS-Attorney General with
Embassy, but My contact to NYS AG Managing Corp Stephen Rosenberg by over 10 years!
Taiwan
⑨ punching Spring Water be Medicated to ruin my sleep must go toilet often by Has-USstore
written prove send to US Attorney! CVS 4st/10me, Food Emporium etc store, 10me,
42 st(9-10me)
⑩ All this Wicked persecute is so Horrible, please Watch out
& your Earliest Action is Very Important! Chhhhhen

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



KATHY CHIH-CHIEH KAO,

                Plaintiff,

      -against-

DARRYL HALL; COPS #8301, CLEANERS
TAMMY, ANDREW, ETC.; NAOMI
GWYNN; JUDGE HAGLER, NY STATE
BUILDING; JOY HUNG; U-HAUL
FLUSHING; JEFF SUPER; STEVEN
BANKS; NYCC GOV. HUMAN
RESOURCES COMMISSIONER; DIVONE,
JOSEPH; REBECCA JONES, ETC.; MARK
LAWRENCE; MACAR COPS; GIN-LAN
CHOW MD; 18 PRECINCT,

                Defendants.

16-CV-8285 (LAP)

ORDER TO AMEND

LORETTA A. PRESKA, United States District Judge:

Plaintiff brings this action *pro se*. On May 21, 2015, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Kao v. Bloomberg*, No. 15-CV-0791 (LAP) (S.D.N.Y. May 21, 2015). Plaintiff, however, paid the $400.00 filing fee for this action. For the reasons set forth below, the Court grants Plaintiff leave to file an amended complaint within sixty days of the date of this order.

## STANDARD OF REVIEW

The Court has the authority to dismiss a complaint, even when the plaintiff has paid the filing fee, if it determines that the action is frivolous, *Fitzgerald v. First E. Seventh Tenants Corp.*, 221 F.3d 362, 363-64 (2d Cir. 2000) (per curiam) (citing *Pillay v. INS*, 45 F.3d 14, 16-17 (2d Cir. 1995) (per curiam) (holding that Court of Appeals has inherent authority to dismiss frivolous appeal)), or that the Court lacks subject matter jurisdiction, *Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999). The Court is obliged, however, to construe *pro se* pleadings

liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they *suggest*," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474-75 (2d Cir. 2006) (internal quotation marks and citations omitted) (emphasis in original).

## BACKGROUND

Plaintiff is from Taiwan. It is unclear what claims she seeks to assert or who are the named defendants. Plaintiff alleges that Defendants have been "stalking [her] all over . . . since 2009," (Compl. at 8), and that between 2012 and 2015, she was "illegally arrested" six times (*id.* at 3). Plaintiff alleges that her possessions have been taken, though it is unclear when or by whom. Plaintiff is in a transitional living residence, waiting to move to another facility. Plaintiff states that she did not knock down an elderly woman named Nora, who presumably lives in the same residence, and that she did not hit anyone with a shopping cart; rather, Plaintiff alleges that Nora simply fell down.[1]

Plaintiff complains of side effects of medication, but it is unclear if she is challenging forced medication. It is also unclear what Plaintiff seeks in this action, though she does ask for one million dollars in "compensation for [her] from [her] landlord." (Compl. at 8.)

Plaintiff names as defendants Steven Banks, Commissioner of the New York City Human Resources Administration, Justice Shlomo Hagler of the New York State Supreme Court, and Chief Administrative Judge Lawrence K. Marks. She also names Dr. Naomi Gwynn of the Manhattan Psychiatric Center, and Dr. Gin-Lan Chow, MD.   Plaintiff sues "U-Haul Flushing,"

---

[1] In a prior action, Plaintiff annexed exhibits to her complaint reflecting that she was required to leave her Assisted Living Program on the ground that her behavior "poses an imminent risk of serious physical harm to [her]self and other persons." *Kao v. Bloomberg*, No. 14-CV-8260 (LAP) (Compl. (ECF No. 1) at 7). Another exhibit in that action reflected that on September 10, 2014, Plaintiff was discharged from Bellevue Hospital Department of Psychiatry. (*Id.* at 9.)

the 18th and 109th Precincts of the New York City Police Department, Bellevue Hospital, and

numerous unidentified individuals, such as "Tammy," and "Andrew." (*Id.* at 1.)

## DISCUSSION

Rule 8 of the Federal Rules of Civil Procedure requires a complaint to make a short and

plain statement showing that the pleader is entitled to relief. A complaint states a claim for relief

if the claim is plausible. *Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009) (citing *Bell Atl. Corp. v.*

*Twombly*, 550 U.S. 544, 555 (2007)). To review a complaint for plausibility, the Court accepts all

well-pleaded factual allegations as true and draws all reasonable inferences in the pleader's

favor. *Iqbal*, 556 U.S. at 678-79 (citing *Twombly*, 550 U.S. at 555). But the Court need not accept

"[t]hreadbare recitals of the elements of a cause of action," which are essentially legal

conclusions. *Id.* at 678 (citing *Twombly*, 550 U.S. at 555). After separating legal conclusions

from well-pleaded factual allegations, the court must determine whether those facts make it

plausible – not merely possible – that the pleader is entitled to relief. *Id.*

Plaintiff's allegations fail to comply with Rule 8.   The Court cannot determine from the

allegations of the complaint what any particular defendant is alleged to have done or failed to do

that violated Plaintiff's rights.

Moreover, Plaintiff's complaint appears to join multiple unrelated claims and parties in a

single action. Under Rule 20 of the Federal Rules of Civil Procedure, a plaintiff may not pursue

unrelated claims against multiple defendants. *Deskovic v. City of Peekskill*, 673 F. Supp. 2d 154,

167 (S.D.N.Y. 2009).[2] Rule 20(a)(2) permits a plaintiff to join multiple defendants in one action

if: (A) any right to relief is asserted against them jointly, severally, or in the alternative arising

out of the same transaction, occurrence, or series of transactions . . . ; and (B) any question of

---

[2] By contrast, Rule 18 of the Federal Rules of Civil Procedure permits a plaintiff to join as many claims as she has against a single defendant. *See* Fed. R. Civ. P. 18(a).

law or fact common to all defendants will arise in the action. Although courts have interpreted Rule 20(a) liberally to allow related claims to be tried within a single proceeding, *Barr Rubber Products Co. v. Sun Rubber Co.*, 425 F.2d 1114, 1126-27 (2d Cir. 1970), "the mere allegation that Plaintiff was injured by all Defendants is not sufficient to join unrelated parties as defendants in the same lawsuit pursuant to Rule 20(a)," *Deskovic*, 673 F. Supp. 2d at 167. Plaintiff sues at least twenty different individuals on apparently unrelated claims.

Many of Plaintiff's potential claims suffer defects that cannot be cured.   For example, Plaintiff appears to assert claims against Justice Shlomo Hagler of the New York State Supreme Court, and Chief Administrative Judge Lawrence K. Marks arising from their judicial acts – for which they are entitled to absolute immunity. *See Bliven v. Hunt*, 579 F.3d 204, 210 (2d Cir. 2009) (holding that judges are absolutely immune from suit for damages for any actions that "are considered judicial in nature").

Some of Plaintiff's claims under 42 U.S.C. § 1983 appear to be time barred because the claims arose more than three years before the complaint was filed on October 24, 2016.[3] *Pearl v. City of Long Beach*, 296 F.3d 76, 79 (2d Cir. 2002) (holding that statute of limitations for § 1983 claim arising in New York is three years). If Plaintiff asserts in her amended complaint claims that arose before October 24, 2013, she must include allegations showing that the statute of limitations should be equitably tolled.[4]

---

[3] Because the failure to file an action within the limitations period is an affirmative defense, a plaintiff is generally not required to plead that the case is timely filed.   *See Abbas v. Dixon*, 480 F.3d 636, 640 (2d Cir. 2007). Dismissal is appropriate, however, where the existence of an affirmative defense, such as the statute of limitations, is plain from the face of the pleading. *See Walters v. Indus. and Commercial Bank of China, Ltd.*, 651 F.3d 280, 293 (2d Cir. 2011)

[4] *See, e.g.,* N.Y. C.P.L.R. § 204(a) (tolling available where commencement of an action has been stayed by court order), id. at § 204 (where a dispute has been submitted to arbitration but is ultimately determined to be non-arbitrable), *id.* at § 207(3) (defendant is outside New York

"A pro se complaint should not [be] dismiss[ed] without [the Court's] granting leave to amend at least once when a liberal reading of the complaint gives any indication that a valid claim might be stated." *Dolan v. Connolly*, 794 F.3d 290, 295 (2d Cir. 2015) (quoting *Chavis v. Chappius*, 618 F.3d 162, 170 (2d Cir. 2010) (internal quotation marks omitted)). The Court therefore grants Plaintiff an opportunity to amend her complaint. The Court cautions Plaintiff, however, that because she cannot bring all of these unrelated claims against multiple defendants, *see* Fed. R. Civ. P. 20, in her amended complaint, Plaintiff must name only those defendants who she is suing for claims arising out of the same transaction or occurrence. The Court also reminds Plaintiff that Rule 11 of the Federal Rules of Civil Procedure requires that before filing, litigants – including *pro se* litigants – must make good faith efforts to ensure that their claims are warranted by law.[5]

## LEAVE TO AMEND

Plaintiff is granted leave to amend his complaint to detail her claims. In the statement of claim, Plaintiff must provide a short and plain statement of the relevant facts supporting each claim against each defendant named in the amended complaint. Plaintiff is also directed to provide the addresses for any named defendants. To the greatest extent possible, Plaintiff's amended complaint must:

   a) give the names and titles of all relevant persons;

   b) describe all relevant events, stating the facts that support Plaintiff's case including what each defendant did or failed to do;

   c) give the dates and times of each relevant event or, if not known, the approximate date and time of each relevant event;

---

at the time the claim accrues), *id.* at § 208 (plaintiff is disabled by infancy or insanity), *id.* at § 210 (death of plaintiff or defendant).

   [5] Plaintiff is also notified that the submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties. *See* 28 U.S.C. § 1651.

d) give the location where each relevant event occurred;

e) describe how each defendant's acts or omissions violated Plaintiff's rights and describe the injuries Plaintiff suffered; and

f) state what relief Plaintiff seeks from the Court, such as money damages, injunctive relief, or declaratory relief.

Essentially, the body of Plaintiff's amended complaint must tell the Court: who violated her federally protected rights; what facts show that her federally protected rights were violated; when such violation occurred; where such violation occurred; and why Plaintiff is entitled to relief. Because Plaintiff's amended complaint will completely replace, not supplement, the original complaint, any facts or claims that Plaintiff wishes to maintain must be included in the amended complaint.

## CONCLUSION

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. Plaintiff is granted leave to file an amended complaint that complies with the standards set forth above. Plaintiff must submit the amended complaint to this Court's Pro Se Intake Unit within sixty days of the date of this order, caption the document as an "Amended Complaint," and label the document with docket number 16-CV-8285 (LAP). An Amended Complaint form is attached to this order. No summons will issue at this time. If Plaintiff fails to comply within the time allowed and cannot show good cause to excuse such failure, the complaint will be dismissed for failure to state a claim upon which relief may be granted.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   11/28/16
New York, New York

LORETTA A. PRESKA
United States District Judge

7

To: Judge Preska,

To: Mr. Donald Trump, US Attorney preet BHARARA, USA, Ms Li-Wen Hsu = 9 pages
The Law sue states all Truth. They all know, Judge Need to know!
your defendants name GUI-LAN CHOW is Mistakes, & all illegal
arrest me by the 300 LBS Black Maintenance Murder, robber, rapist
& No Manager proved, by Daryl Hall 4 times with such illegal
cops from Bloombergs! Raymond Kellys!
all My hand writing, the court clean to File.

### Standard of Review

Now I lost all my belongings, Especially winter's very expensive thick
European Coat & Korean made winter long pants etc, 37 years personal
property & Files ext. This all prove Judge need to investigate, it is absolutely
is not frivolous, Even by your case # Fitzgerald v Fort E Steventh Tenants
Corp, 221 F3d 362, 363-64 (2nd Cir. 2000) —————— to the end of paragraph

### Background

It's Very clear, I assert or who are the name defendants.
My possessions have been taken from 2009 Sep. by Bloombergs! — ex Mayor etc
They go Steven Li's Store 40-02 Main street Flushing NY, Stolen My Telephone
Code & watch damage me so Horrible, It's Very clear, etc & Raymond Kellys!
I write, My athletics from, they chase me out from all rooming house I rent,
& My closing ½ Broker Free for Full charged short sales $10,250 also be robbed
by Chase Manhattan Bank — Jimie Diamon who I deal with & delay the Sales
from the corruption groups, Muss Development Sponsors, Standon Condominium #74,
by 9 Months etc. I move to another Mental Illness phisility & Medicated
& Injection the palidridone by such forceful persecution that I have a
Seizure Mental Desease, So much absurd nonsence by all this so Huge groups
& bribed by Bloombergs! evil's Corruption Money also!

Like, I'm living here 37 years, & Dr. Gwynn Fraud, I'm recently from

Taiwan's Mental Illness & all Fraud in Manhattan psychiatric centers with the

N.Y. State Attorney General's Lawyer Jose, & Stephenny Rosenbergs' prove, I call

all Details of Bloombergs' corruption with Chinese Communists, also be

Stolen Listening & Damaged me one years, all proved by World Journals,

News, when Bloombergs' 90 person lay off from crash down Stock Market

by "buy out", then brought China to International Money Market, damaged

all world Economics, Chinese Currency start to withdrawl from the world

Market, We do Know !!! numerous unqualified individuals, all is

I dentified Such as Tammy, Andrew is Daryl Hall's Maintanance Cleaners

They all got big bribe by Bloombergs, like Yuri, Abigual waiters

besides the trips, $5000 each etc. Monijoe & them told me by Themself !

### Discussion

My Complain is big, because, Bloombergs' is so big groups, like Daryl Hall use

too much Cleaners, waitress etc & maid etc.

My Complain is upon all the truth happened is Not plausible, Judges' case

is absolutely, is Not My case again, all the Crime fact has been proved

exactly, & the pleader is entitle to relief.

My allegations comply with Rule 8. The court can listening all

details of fact that plaintiffs states. Which one do what etc.

Judges case is wrongdoing again.

I don't have any different individuals on apparantly Claims, Judge

must say appointed who, why etc.

Like Judge Shlomo & Lawrence helps fraud My case is they Clear !!

The statute of limitation should be equitable tolled.

Judge Lawrence Marks took My lawsue paper many times, through Ru(f) 315 & Rm 106 Not accept by fraud. in ~~Sep 2014 etc~~ & in Sep 2015 etc when another Judge Just Fraud with Stephen Banks etc, sue me.

We don't ask Court Accept √[#] threadbare recitals of the elements of Cause of Action. The pleadu is entitle to relief all facts I states Make it plausible. If Judge investigate all honestly !!

My allegations Comply with Rule 8.
all the particular defendant is alleged to have done & fail to do that do violated plaintiffs right so awfully.
Judge must appointed out which exactly fail to Comply with Rule 8

My complaint appears to Join Multiple related claims, actually they all connect Bloombergs' claims & parties in a single Action.
Bloombergs stalking & Steal My Telephone code even in Bellevue ~18 South, ask Mark Dawn Tickncian steal all over My calls etc, everywhere !
I am absolutely Not pursue, any unrelated claims against multiple defendants, all claims, I sues at least everyone individuals on Apparently related claims.

When Judge Shlomo Hagler fraud that I am a recently from Tainan's Mental ill's person, MD Gwynn write is Completely lie, I'm here 37 years from 1968, Now even 38 years, He ignored all My Lawyus' Totally objection in the court with others all !

Judge Lawrence K Marks Took & hold all My Lawsue paper & prove & let other Judge Fraud in the Court with Stephen Banks etc, Which kind immunity.

Over 3 years crime fact can't be ~~interrupted~~, when the crime fact still exists !!

⑤

Judge need to appointed exactly which multiple defendants related claims is unrelated, when & How & what happened exactly,

all the defendants I am suing for claims arising out of the damage of my life & living of the same transaction & occurrence,

My Filing, litigants all make good faith efforts to ensure that claims are warranted by LAW.

### Leave to amend

all the Amend is included the original Complain, I Just Not put happened by persons' sequence but all happened as Judge required

### Conclusion

all my lawsuit is serious with good faith, because it is true, & It is absolutely is nonfrivolous!

Judge, please considerate, like Daryl Hall's Lowyer, Completely ignore the court dignity, cover such murder, rapist, robber so awfully, so do GUI-LAN CHOW who can ask her Supervised MD BHutia write a fake First name Nyqual to a ambulance car arrest me to this whole years Hospital days, which kind human right in federal LAW I have, which can damaged hike all My belongings, 37 years be robbed ?!! & The rest of my life need to fit the mental Ill Medicine is huge quantity everyday & monthly shot damaged My 2 legs etc,

(1)

Judge need to know, The defendant crime FACT,
It really be proved, It can Talk.

1. 11/6 2015, Daryl Hall from Villagecare 46+ Ten, & tops 830+, Andrew,
   Tony robbed all my begs, documents, Cash $180, Cellphone & everything
   ✓ Not Judge say 4 times.

2. illegal Totally arrest me 8 times to Mental Illness Hospital,
   Completely fraud, I have a super Mental, never have illness,
   Because Anti-Bloombags' corruption, he do a lot worst crime on me,
   each time Fraud I hit person, I never never like Nora fell down
   by herself, now still, once in front of me, I ask gloria & Kaydean
   prove it in Oct 2015.

3. Judge Martin Schoenfeld is great Judge, he release me in Sep2, 2014,
   Res. when Fried even Fraund with Raymond Kellys' Cops I hit him &
   broken his walkers, 3/5 2014 I prove in front of president Emma Devito
   & Fred, I never, & Juliana make them arrest me twice, &
   Fraund, I use chair hit her & split her block her toilet,
   I spoke in Dining room & Anika Moore say it I didnot, when she
   see it, Then they Medicate 2 of them to die, & destroy
   the prove, Daryl Hall was shocked when we all suspecious How Come
   grand    when I sleep, ⎫ Fred & Juliana can sudently die !!

4. Debit Card be stolen & spend 700+ in Couple days, when
   Cathay Bank Fourd all spend included Union Square Star bucks coffee,
   Bloombag's Daily News owner building, 18 precint, 2 detective Cover it,

5. Stolen my suitcase passport, licensed Real Estate Broker with Mitchel
   Binister (be Fried, when made with Daryl Hall to Juliana & Fred's death,)
   in Feb 24 Cuomos' Investigate come twice 5/21 & 8/14 in 2015
   nurse Anika Moore is My witness & Toni etc...

6. Mangzoe be raped by Daryl Hall.

(2)

6. Villagecare 46 & Ten have My Closet key, they Stolen My US passport & Toni weness passport & Real Gstate licensed & Parents Important letters, like My Mom teach me, devote the Country, etc, That's why I suffer by Such Judge, Now Still help the Crime so incredible unfair!! The worldwide worst corruption group, Bloombergs!!

7. Chase Manhattan CEO Jimie Diamon help Bloomberg delay My Close Sale From Jan to Sep 10, 2009, & robbed My Full Work's I & Broker Commission $102501,- & Ohio's Matthew & Harry Harris From Chase promised pay me in Short Sales,

8. Bloomberg bribe Darry Hall a Benz car & Apts, Yuni, Abigual (who Friend I hit her also in dining room, Everybody see I didn't) each $1000, call cleaning & maid a lot, when Mayjoe be rasped, they told me. & Mayjoe each trip be paid & hit me on the Street I protect Myself, & Toni say, Villagecare 46 & Ten, Bloombergs' developers' is evil house.

9. Darryl Hall live My upstairs beside Bloomberg bribe Apts, they polluted the faucet water of Mine, I must borrow shower from Nora, Nora felled down many Times, Now still go Hospital (please check & Investigate!)

10. The Landlord is very wicked, let the darryl Hall & his waitress, cleaning Devito etc, & ask MAXIMUM Compensation! My lawsue of cause involved her — Emma

11. Gui-LAN CHOW MD, Medicated me in Bellerue Hospital 18 South, The oxlanzapine Seizure medicine make My Bloodpressure to 40-60, Still remember in begining 2015, I was first down to another emergency clinic in different floor, She & Bhutia MD & Ms charles also Friend a lot in Court. her supervised I got robbed, all This happened from BHUTIA'S ambulance Car force me in to 18 South through Emergency room, when I don't do nothing on Nov. 6 2015 etc & four times before in Bellevue Hospital only.

(3)

12. Flushing college point Blvd U-HAUL, Jeff, supervisor Direct with 109 precinct robbed My 3 big lugage Very expensive coats & lux-clothes & one big plastic bag stocking, Most Made by European & Japan etc in & from 2009 to Sep 2012, I report to NYS-Attorney general, I asked My Insurance Money back & Maximum Compensension back From Court,

13. Stephen Banks, Joseph Divone, Rebecca Ives Fraud in Court, & For Dany Hall when We met, Divone & Daryl Hall in elevator 2014 Sep, I said Daryl Hall is the worst wicked evil Fraud everything, Divone creat Daryl Hall told him, I hit people in Shopping Car, they really Fraud too much! Then they do in the court.

14 Judge Hagler really Fraud a couple times in Court, ignored all My Lawyer Graham, Donald's objection & Fraud I can't sue them in Nov Dec 2015 & Jan, Feb, march, 2016 etc with others Judge, It's really too much.
Naomi Gwynn MD Medicate & Injection me with Mental ill Medicines, It is too wicked, & I didn't & never have Mental Ill. Bloombergs' Corruption, Every Newspapers, We all know! This persecution, Judge Presba absolutely can't cover & help such crime. MD Joyce Hung still inject the seizure Mental illness Medicine & ignore My leg damaged so Horrible, She saw this changed, worse by worse ignore From May to Now!

15. Lopez MACAP 6/9 Fraud in 18 precinct & cover Dany Hall's robbery on Feb 5 2014, My passport, Licensed real Estate Brokers & Force me sign, He is cheating typing & write report & say, I lost it. 18 precinct also put grand theft from Daryl Hall's Debit Card's stolen, when I slept at night with My roomkey (Landlord hold all My keys), & in April 2014, & Spend $700+ with they stalking My phone call get Bank code?

(4)

16. 18 precint Fraund so Horrible For Daryl Hall etc & so do 42 st (10-11Ave) Manhattan South Task Force, they arrest me, I saw it, when 6 cops come everyTime!

17. I was Fraund all Lawsue paper & Hold illegally by Judge Lawrence Marks, who Stepha Banks, Joseph Divone & Rebecca Jones - even they see My black Dirty polluted faucet water, a couple times in 2014 From Jan, to end 11/6, I was robbed by Daryl Hall all belongings & documents.

18. From the whole world Economics robbed by Chinese Government so Horrible, Bloomberg told MD Tsen-Chung CHAO, He is the first American Governor go to Chinese Embassy, I read World Journal Chinese Newspper, found the Bloomberg help Chinese Communist Government To go European issue Chinese Currency So Huge Debts in British & Germany & France Market in Oct 19-21, 2014 Newspper, I told Stephany Rosenberg (She is My over 10 years Contact all Details, in NY state - Attorney General office, From My commission be robbed by in 2007 etc.) to Bloomberg lay off 90 employee in China & Chinse Currency Can Withdraw from International Monetary Fund Rules etc after Bloomberg robbed so Huge from Chinse Governments Stock Market Crash in July 2015, I get tremendouse Court Fraund to Guardian to Mental ill Hospital arrest, It's so much unfair, I know it, I prove it.

Judge preska Must honest & fair, My case really so much involved, For USA economic damaged so much by Chinese Communist Government, Now British Government issue huge country debts from Chine Cavernmt, I Just a high professional patriotism, I'm absulutely Not Mental ill person, Hope with your consious heart can pay attention on your morality & responsibility, all of this, I am submit of all prove upon request.

Chihliko
12/19 2016
CHIH-CHIEH KAO